UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEG4KLOTHING, INC., | Case No. CV 25-1507-DMG (JPRx) |
| Plaintiff, | ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [22] |
| v. | |
| SENTINEL INSURANCE COMPANY, LTD.; AND DOES 1 TO 100, | |
| Defendants. | |

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs. All dates and deadlines are VACATED.

DATED: November 21, 2025

*/s/ Dolly M. Gee*
DOLLY M. GEE
Chief United States District Judge